AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Diego RUBIO-Hueso<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br><br>DR: 25 - 1218 M |

FILED
APR 14 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/12/2025__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | did unlawfully, knowingly, and intentionally export or attempt to export any merchandise, to wit: four (4) handguns from the United States contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

*Complainant's signature*

Ariel Morales     HSI/Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/14/2025__

*Judge's signature*

City and state: __Del Rio, Texas__        Joseph Cordova   United States Magistrate J
*Printed name and title*

ATTACHMENT A

On April 12, 2025, Homeland Security Investigations (HSI) Special Agents (Sas) responded to the Port-of-Entry (POE)#2 in Eagle Pass, Texas in reference to an outbound gun seizure.

HSI SAs spoke with Customs and Border Protection (CBP) officers who advised that a male person identified as Diego Alberto RUBIO-Hueso, was encountered during outbound inspections driving a 2024 Dodge Ram truck bearing Texas LPs (VHF-2275). RUBIO-Hueso gave a negative primary declaration to ammunition, firearms, and US currency over $10,000 USD. During a secondary inspection, CBP Officers again obtained a negative declaration. A physical search of the truck revealed four (4) handguns (Glock 9mm model 48 serial # CBSW610, Glock 17C 9mm serial # CEZA076, Beretta model 92FS 9mm serial # BER886460, and Girsan model MC1911 .38 caliber serial # T6368-24GE02671) and eight (8) 9mm handgun magazines concealed inside the trucks factory compartment located under the rear seat.

HSI Eagle Pass proceeded to interview RUBIO-Hueso, and in a post-Miranda interview, RUBIO-Hueso admitted that the firearms belonged to RUBIO-Hueso and further that he was transporting the firearms to Mexico. RUBIO-Hueso further admitted that he did not have a license to export and that he knew it was illegal to transport firearms out of the United States.